**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD CLARK** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 16-385 |
| ) | |
| ) | (CKK) |
| **THE DISTRICT OF COLUMBIA, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION TO MODIFY THE SCHEDULING ORDER**

Comes now, plaintiff, by and through counsel, and hereby moves this Court for an order modifying the scheduling order in this matter. In support of this motion, the plaintiff avers as follows:

1. On May 8, 2017, the Court issued an Order setting the following deadlines:

| | |
|---|---|
| Initial disclosures | May 22, 2017 |
| Motion to amend or join additional parties | April 19, 2017 |
| Plaintiff's expert designation | August 14, 2017 |
| Defendant's expert designation | October 2, 2017 |
| Reply expert designation | October 9, 2017 |
| Discovery closes | October 27, 2017 |
| Status Hearing Date | December 15, 2017 |

In addition, the parties in their Joint Discovery Plan, designated the following deadlines:

| | |
|---|---|
| Deposition of Detective Manly | June 22, 2017 |
| Deposition of Edward Clark | June 22, 2017 |
| Completion of Fact Discovery | September 1, 2017 |

2. Consistent with the parties' Joint Discovery Plan, the parties have taken the depositions of the parties in this case. However, despite the fact that initial disclosures were due on May 22, 2017, the defendants have not provided plaintiff with all of the initial disclosure documents and

information required under the rules. For example, defendants have not provided defendant Manley's investigative file in this matter, as well as other documents maintained by the Assistant U.S. Attorney in the criminal matter.[1] Significantly, plaintiff needs the additional documentation to complete discovery and for the preparation of his expert report. Once this documentation is received, plaintiff will need additional time for the expert to review the material and prepare a report and for plaintiff to conduct further depositions. Thus, to ensure that plaintiff has a meaningful opportunity to discover all material and relevant facts in this case and to have the expert properly prepare a report that complies with the rules, plaintiff seeks a modification of the Scheduling Order extending all deadlines set forth in the Scheduling Order for thirty (30) days.[2]

Wherefore for the reasons set forth herein and in the record of this proceeding, the plaintiff submits that good cause exists for modification of the Court's scheduling order specifically with regard to plaintiff's expert disclosure and therefore, the scheduling order should be modified to allow for plaintiff's expert to be identified on or before September 14, 2017, and that all other dates be similarly modified by being pushed back thirty (30) days.

## CERTIFICATION OF COUNSEL

Prior to filing this motion, plaintiff advised counsel for defendants, Robert A. Deberardinis, Jr., that the plaintiff intended to seek the relief requested herein and requested his position. Mr.

---

[1]/ Defendants' counsel is currently finishing a trial and has advised the undersigned that defendant Manley had experienced a family emergency and had been out of the office. It was defendants' counsel's understanding that defendant Manley has now returned to work.

[2]/ Plaintiff's request for a thirty (30) day extension is based on defendants' representation that it will produce the relevant materials and documents within the immediate future. Further delay by defendants, however, could have an impact on plaintiff's ability to comply with his obligation to file his expert designation by September 14, 2017.

Deberardinis advised that the defendants consent to the relief requested herein.

                                          Respectfully submitted,

                                          /s/ Gregory L. Lattimer
                                         Gregory L. Lattimer [371926]
                                         1200 G Street, N.W.
                                         Suite 800
                                         Washington, D.C. 20005
                                         Tel. (202) 434-8940
                                         Email: glattimer@lattimerlaw.com

                                         Counsel for the Plaintiff